# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Sarah Kendall Harvey | ORDER SETTING CONDITIONS<br>OF RELEASE<br><br>Case Number: CR06-60011-AA & CR05-60129 |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) ☑ The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.

(2) ☑ The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) ☑ The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

## Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:

- ☑ Report as directed by the U.S. Pretrial Services office.
- ☑ Find and maintain gainful full-time employment, approved schooling or a full-time combination of both.
- ☑ Do not change place of residence without the prior approval of U.S. Pretrial Services.
- ☑ Travel is limited to the State of Oregon, State of Arizona and Colorado for attorney meetings, unless prior approval is obtained from U.S. Pretrial Services.
- ☑ Surrender any passport or submit a statement that defendant no longer possesses a passport/or obtain no passport.
- ☑ Neither own, possess, nor control any firearm (or any other specified weapon).
- ☑ Avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: Earth Liberation Front and Animal Liberation Front affiliates
- ☑ The defendant is to pay a percentage of all fees for services obtained while under Pretrial Services Supervision.
- ☑ The defendant is not to possess or obtain any mail, financial or identification documents in any person's name other than the defendant's true identity.
- ☑ Upon finding that release by one of the above methods will not by itself reasonable assure the appearance of the defendant and the safety of the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:
  The defendant is placed in the custody of: Betty Tankersley Schneider who agrees 1) to supervise the defendant in accordance with all conditions of release, 2) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and 3) to notify the court immediately in the event the defendant violates any conditions of release or disappears.
  Signed: _____
  Custodian or Proxy
- ☑ Execute a bond or an agreement to forfeit upon failure to appear as required, and post with the court indicia of ownership of the following sum or designated property: $100,000. This amount shall be posted in cash and in addition to the $150,000 posted in Arizona for a total amount of $250,0000.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

    YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

240 W. Saunders Dr. Apt. 164
Address

Flagstaff, Arizona 86001    928-226-1519
City, State & Zip            Telephone

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
☐ Alcohol detection
☐ Drug detection
☐ Computer monitoring
The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
☐ The defendant is ORDERED released after processing.
☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: __January 23, 2006_____

_____
Signature of Judicial Officer

Thomas M. Coffin,
U.S. District/Magistrate Judge
Name and Title of Judicial Officer

cc:     Defendant
        US Attorney
        US Marshal
        Pretrial Services